**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MIDFIRST BANK,**<br>***Plaintiff,***<br><br>**v.**<br><br>**ORLANDO MAGALLANES, UNITED STATES OF AMERICA EX REL. SECRETARY OF VETERANS AFFAIRS, and DOUGLAS A. COLLINS,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:25-CV-00272-DC** |

**ORDER**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 24) concerning Plaintiff MidFirst Bank's ("Plaintiff") Motion for Default Judgment and Motion for Attorney Fees. (Docs. 19, 23). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on April 17, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's Motion for Default Judgment and Motion for Attorney Fees. (Docs. 19, 23).

A Default Judgment shall issue by separate document.

It is so **ORDERED**.

SIGNED this 7th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE